UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
THEODORE WEITZ,                                    :

              Plaintiff,                       :        <u>ORDER OF SERVICE</u>

  -against-                                              :
                                                                          25 Civ. 3817 (JHR) (GWG)
                                                           :

SOCIAL SECURITY ADMINISTRATION,     :

              Defendant.                   :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      It has come to the Court's attention that no summons was ever issued in this case that would have allowed plaintiff to effectuate service in this matter. Accordingly, the Court's Order to Show Cause dated August 13, 2025, is hereby vacated. The Court finds that there is good cause to extend the deadline for service to October 14, 2025.

      <u>The Clerk of Court is directed to issue a summons as to defendant Social Security Administration</u>. Plaintiff is directed to serve the summons and complaint on the defendant by October 14, 2025, and to file proof thereof.

      If plaintiff fails to timely effectuate service, plaintiff is warned that the Court may dismiss the claims against the defendants under Rules 4(m) and 41 of the Federal Rules of Civil Procedure.

      The Court notes that the Pro Se Intake Unit at the United States Courthouse, 40 Centre Street, Room 105, New York, New York ((212) 805-0175) may be of assistance to the plaintiff in connection with court procedures. Also, plaintiff may wish to seek free legal assistance from the Courthouse's Legal Assistance clinic by accessing the request-for-help form at: https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/ or by calling (212) 382-4794.

Dated: August 14, 2025
      New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge